JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN OWENS, | Case No. CV 23-1514 FMO (JCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| HYRECAR INC., et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 10th day of May, 2023.

/s/
Fernando M. Olguin
United States District Judge